STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

NUMBER 2018 CA 1778

FLORIDA GAS TRANSMISSION COMPANY, LLC

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

**Judgment Rendered:**   DEC 2 7 2019

* * * * * *

Appealed from the
Twenty-third Judicial District Court
In and for the Parish of Assumption
State of Louisiana
Suit Number 34,316

Honorable Thomas J. Kliebert, Jr., Presiding

* * * * * *

Leopold Z. Sher
James M. Garner
Peter L. Hilbert, Jr.
Jeffrey D. Kessler
David A. Freedman
New Orleans, LA

Robert Ryland Percy, III
Gonzales, LA

James E. Kuhn
Ponchatoula, LA

Travis J. Turner
Gonzales, LA

Dane S. Ciolino
Metairie, LA

Counsel for Appellant/Defendant/
Third-party Plaintiff
Texas Brine Company, LLC

Joseph L. Shea, Jr.
Katherine Smith Baker
Joshua S. Chevallier
Ashley G. Gable
Shreveport, LA

Counsel for Appellee/Third-party Defendant
Reliance Petroleum Corporation

Matthew J. Randazzo, III
Christopher B. Bailey
Will Montz
Lafayette, LA

Counsel for Appellees/Third-party Defendants
LORCA Corporation and Colorado Crude
Company

Frank H. Spruiell, Jr.
Reid A. Jones
Seth M. Moyers
Shreveport, LA

Counsel for Appellee/Third-party Defendant
Sol Kirschner

Martin A. Stern
Leigh Ann Schell
Raymond P. Ward
Sara C. Valentine
New Orleans, LA

Counsel for Appellees/Defendants/Third-party
Defendants
Occidental Chemical Corporation, Occidental
Petroleum Corporation, Basic Chemicals
Company, LLC, and Occidental VCM, LLC

Kathy Patrick
Angus J. Dodson
Laura J. Kissel
Houston, TX

Sidney W. Degan, III
Julia A. Dietz
Wade B. Hammett
Matthew F. Morgan
New Orleans, LA

Counsel for Appellee/Third-party Defendant
Chicago Insurance Company

* * * * * *

BEFORE: GUIDRY, McDONALD, AND PENZATO, JJ.

2

**GUIDRY, J.**

Texas Brine Company, LLC, the operator of a brine production well known as Oxy Geismer #3 (OG3 well) in Assumption Parish, appeals from a September 20, 2017 judgment granting partial summary judgment in favor of LORCA Corporation, Colorado Crude Company, Sol Kirschner, Reliance Petroleum Corporation, and its insurer, Chicago Insurance Company, the non-operators of the nearby Adams Hooker #1 oil and gas well (AH1 well), and dismissing Texas Brine's third-party contract claims against them. This court previously affirmed the dismissal of Texas Brine's third-party *tort* claims, including indemnity and contribution claims, against the non-operators of the AH1 well in Florida Gas Transmission Company, LLC v. Texas Brine Company, LLC, 18-0549 (La. App. 1st Cir. 7/1/19), 2019WL2723560, writ denied, 19-01227 (La. 10/15/19), 280 So. 3d 611 (unpublished opinion).[1]

In Crosstex Energy Services, LP v. Texas Brine Company, LLC, 18-1213 (La. App. 1st Cir. 7/11/19), 2019WL3049762 (unpublished opinion), writ denied, 19-01126 (La. 7/17/19), 277 So. 3d 1180, another panel of this court decided an identical appeal concerning the dismissal of Texas Brine's third-party contract claims against the AH1 well non-operators. Although Crosstex involves a different pipeline plaintiff than in the case *sub judice*, the Crosstex summary judgment dismissed the same Texas Brine third-party contract demands against the AH1 well non-operators that Texas Brine now challenges in this appeal.[2]

After a thorough review of the record, we find no material distinctions between the evidence and arguments asserted in this appeal and in Crosstex, which we are bound

---

[1] In its brief to this court, Texas Brine again assigns as error the dismissal of its third-party tort claims against the AH1 well non-operators. However, because this issue has been previously addressed and affirmed by this court, we will not reconsider it in this appeal.

[2] In Crosstex, this court affirmed the dismissals of all but one non-operator, Colorado Crude Company, because the record in that particular case did not show that Colorado Crude had moved for summary judgment on Texas Brine's breach of contract claims. Crosstex, 2019WL3049762 at *5. In the case before us, however, pursuant to district court order, the appellate record was supplemented on August 27, 2019, with Colorado Crude's joinder in Browning Oil Company, Inc. and LORCA Corporation's motion for partial summary judgment regarding Texas Brine's breach of contract claims.

3

to follow as the law of this circuit. See Pontchartrain Natural Gas System v. Texas Brine Company, LLC, 18-0001 (La. App. 1st Cir. 6/4/18), 253 So. 3d 156, writ denied, 18-1124 (La. 9/28/18), 253 So. 3d 147. Thus, we affirm the district court's September 20, 2017 judgment dismissing Texas Brine's third-party contract claims against LORCA Corporation, Colorado Crude Company, Sol Kirschner, Reliance Petroleum Corporation, and Chicago Insurance Company. We issue this summary disposition in accordance with Uniform Rules—Courts of Appeal, Rule 2-16.2(A)(2) and (6), and we assess all costs of this appeal to Texas Brine Company, LLC. Further, we grant Colorado Crude Company's pending motion to file a supplemental brief.

**PENDING MOTION TO FILE SUPPLEMENTAL BRIEF GRANTED; JUDGMENT AFFIRMED.**